UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT FRED CRAIG,

    Plaintiff,

   v.

V. BRIM,

    Defendant.

Case No. 15-cv-03664-PJH

**ORDER**

Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983.  The court found service appropriate for one defendant and ordered the United States Marshal ("USM") to serve the defendant.  Service has not yet been effectuated and it appears that it has been delayed due to personnel changes.

Therefore, the clerk shall reissue a summons and the United States Marshal shall serve by **September 1, 2016**, without prepayment of fees, copies of the amended complaint with attachments and copies of this order on the following defendant: Nurse V. Brim who was last reported at San Quentin State Prison.  If the USM is unable to meet this deadline, they shall inform the court of the reasons.

**IT IS SO ORDERED.**

Dated: August 1, 2016

PHYLLIS J. HAMILTON
United States District Judge

\\candoak.cand.circ9.dcn\data\users\PJHALL\_psp\2015\2015_03664_Craig_v_Brim_(PSP)\15-cv-03664-PJH-ord3.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FRED CRAIG,<br><br>    Plaintiff,<br><br>  v.<br><br>V. BRIM,<br><br>    Defendant. | Case No.  15-cv-03664-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Fred Craig ID: AS6563
San Quentin, CA 94974

Dated: August 1, 2016

                                                  Susan Y. Soong
                                                Clerk, United States District Court

                                                By:_____
                                                Doug Merry, Deputy Clerk to the
                                                Honorable PHYLLIS J. HAMILTON

United States District Court
Northern District of California